UNITED STATES of America, Appellee,

v.

**Byron Scott SAUL, Appellant.**

No. 00–2809.

United States Court of Appeals, Eighth Circuit.

Submitted June 5, 2001.

Decided June 12, 2001.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Byron Scott Saul pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g), and was sentenced to 96 months of imprisonment and 3 years of supervised release. On appeal, he challenges the district court's[1] imposition of an enhancement for using the firearm in connection with another felony, and the court's assessment of his criminal history.

We first conclude that the district court did not clearly err in applying the enhancement under U.S.S.G. § 2K2.1(b)(5). *See United States v. Rohwedder,* 243 F.3d 423, 428 (8th Cir.2001) (standard of review). The evidence presented at sentencing supported the court's conclusion that Saul's conduct satisfied the elements of the Nebraska felony of terroristic threats. *See* Neb.Rev.Stat. § 28–311.01 (1995); *State v. Tillman,* 1 Neb. App. 585, 511 N.W.2d 128, 134 (1993).

Second, we conclude that the district court did not clearly err in assessing criminal history points for a 1981 theft conviction. *See United States v. Levi,* 229 F.3d 677, 679 (8th Cir.2000) (standard of

review). The evidence presented at sentencing supported the court's determination that, within fifteen years of the date of his commission of the instant offense, Saul was serving a parole-revocation sentence arising from the theft conviction. *See* U.S.S.G. § 4A1.2(e)(1) and (k)(2)(B).

Accordingly, we affirm the judgment of the district court.

A true copy.

---

1. The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.